

# Public Utility Commission of Texas

## ADAD Report

### PORTFOLIO RECOVERY ASSOCIATES LLC

Permit No: 070132

**Type:** ADAD
**Permit Approved Date:** 5/7/2007
**Date Last Renewed:** 5/7/2013

## DBA Names

| | |
|---|---|
| PRA LOCATION SERVICES LLC | ALATAX |
| ANCHOR | ANCHOR RECEIVABLES MANAGEMENT |
| IGS NEVADA | NEW DBA |
| PRA GOVERNMENT SERVICES LLC | PRA RECEIVABLES MANAGEMENT LLC |
| RDS | REVENUE DISCOVERY SYSTEMS |

## Contact Information

*Company / Physical*  (Mailing Address)
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
OFFICE OF GENERAL COUNSEL
140 CORPORATE BLVD
NORFOLK,VA 23502
**Web:** www.portfoliorecovery.com
**Email:** fware@portfoliorecovery.com
**Phone:** 757-961-3540
**Fax:** 757-321-2518

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
120 CORPORATE BOULEVARD
NORFOLK,VA 23502
**Phone:** 757-519-9300

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
5200 WEST MERCURY BLVD
SUITE 285
HAMPTON,00 23605
**Email:** fware@portfoliorecovery.com
**Phone:** 757-224-3325

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
120 CORPORATE BOULEVARD
NORFOLK,VA 23502
**Email:** csrobbins@portfoliorecovery.com
**Phone:** 757-519-9300
**Fax:** 757-321-2518

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND

120 CORPORATE BLVD
NORFOLK,VA 23502
**Phone:** 757-519-9300

120 CORPORATE BOULEVARD
NORFOLK,00 23502
**Email:** fware@portfoliorecovery.com
**Phone:** 757-519-9300

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
5070 W BADURA AVE
LAS VEGAS,NV 89118
**Email:** fware@portfoliorecovery.com
**Phone:** 757-519-9300

*ADAD Physical Address*
PORTFOLIO RECOVERY ASSOCIATES LLC
FRANCI WAYLAND
4829 HIGHWAY 45 NORTH
JACKSON,00 38305
**Email:** fware@portfoliorecovery.com
**Phone:** 757-519-9300

**Reports**

2013
**ADAD Annual Report**
**Submitted:** 2/1/2013
**Approved:** 2/7/2013

2012
**ADAD Annual Report**
**Submitted:** 1/23/2012
**Approved:** 1/26/2012

2011
**ADAD Annual Report**
**Submitted:** 1/11/2011
**Approved:** 2/10/2011

2010
**ADAD Annual Report**
**Submitted:** 1/5/2010
**Approved:** 6/10/2011

2009
**ADAD Annual Report**
**Submitted:** 1/15/2009
**Approved:** 2/10/2009

2008
**ADAD Annual Report**
**Submitted:** 1/16/2008
**Approved:** 1/24/2008

*End Report*